**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VENSON L. MYERS, | ) | NO. CV 11-10707-R(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| DR. GUI, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the First Amended Complaint without leave to amend, with prejudice with respect to Plaintiff's alleged federal law claim or claims, and without prejudice with respect to any state law claim or claims Plaintiff might choose to pursue in state court.

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
2 of this Order and the Judgment of this date on the Plaintiff.

4        DATED:March 22, 2012.

6                            _____
                                    MANUEL L. REAL
7                             UNITED STATES DISTRICT JUDGE

2