**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VENSON L. MYERS, | ) | NO. CV 11-10707-R(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DR. GUI, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the First Amended Complaint is dismissed without leave to amend, with prejudice with respect to Plaintiff's alleged federal law claim or claims, and without prejudice with respect to any state law claim or claims Plaintiff might choose to pursue in state court.

DATED: March 22, 2012.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE